UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 11-1009-mg |
| v. | ) | |
| | ) | Magistrate Judge Griffin |
| | ) | |
| | ) | |
| JAMES RICHARD COFFELT | ) | |

## MOTION TO UNSEAL THE COMPLAINT

Comes now the United States and requests the complaint in this case be unsealed. The defendant is currently in custody.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

SO ORDERED:

JULIET GRIFFIN
United States Magistrate Judge